Reagan's License. McIntyre's License. Tressler's. Li-
cense. Kyle's License. Straub's License. Falknor's
License. Bloomer's License.

OPINION BY PORTER, J., May 17, 1905:

Counsel for the parties having filed a written agreement
that the judgment entered in these appeals shall be the same as
that rendered in the appeals of Benjamin H. Matthew, ante,

p. 384, judgment is entered in accordance with that agreement. We do not, in entering this judgment, pass upon any question which was not presented and considered in Matthew's appeal.

The order of the court below is reversed and the record is remitted for further proceedings according to law.